# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

March 17, 2017

155339

TERAH LEE STAMPS, a/k/a
TERAH LEE STAMPS BEY,

      Plaintiff-Appellant,

v

MACOMB CORRECTIONAL FACILITY
WARDEN,

      Defendant-Appellee.

SC: 155339
COA: 334483

_____/

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 23, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017

jam



Clerk